Curtis A. Graham (Bar No. 89755)
FREEMAN, FREEMAN & SMILEY, LLP
Penthouse, Suite 1200
3415 Sepulveda Boulevard
Los Angeles, California 90034-6060
Telephone: (310) 255-6100
Facsimile: (310) 391-4042

Attorneys for Defendants C.B. Tax Franchise System, LP;
Colbert Ball Tax Service, Inc.; Colbert/Ball Tax Service;
Alejandro Colbert and Yrejali Ball

O

ENTERED   JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Eastern Division

| | |
|---|---|
| PHILIP DESHAY AND KAREN DESHAY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>C.B. TAX FRANCHISE SYSTEM, LP; COLBERT BALL TAX SERVICE, INC.; COLBERT/BALL TAX SERVICE; ALEJANDRO COLBERT AND YREJALI BALL; and DOES 1 through 200, inclusive,<br><br>　　　　　　Defendants. | Case No.:  EDCV 08-00919 SGL (OPx)<br><br>**ORDER ON DISMISSAL OF ACTION WITH PREJUDICE** |

After reviewing the Stipulation of Dismissal of Action between plaintiffs Philip Deshay and Karen Deshay and defendants C.B. Tax Franchise System, LP, Colbert Ball Tax Service, Inc., Colbert/Ball Tax Service, Alejandro Colbert and Yrejali Ball (collectively the "Parties"), and finding good cause therefore:

///

///

852835.1/21295-800

1

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

**IT IS HEREBY ORDERED:**

That the above-entitled action is dismissed with prejudice, and that the parties shall bear their own attorneys' fees and costs.

DATED: September 12, 2008

*[signature]*

Hon. Stephen G. Larson
United States District Court Judge

FREEMAN, FREEMAN & SMILEY, LLP
PENTHOUSE, SUITE 1200
3415 SEPULVEDA BOULEVARD
LOS ANGELES, CA 90034-6060
(310) 255-6100

852835.1/21295-800

2

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE